UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00202-FDW-DSC

| | |
|---|---|
| CHANTEL BENJAMIN,<br><br>**Plaintiff,**<br><br>v.<br><br>CHARLOTTE MECKLENBURG<br>BOARD OF EDUCATION<br>HENRY "BUFF" DILLARD,<br><br>**Defendants.** | **ORDER** |

THIS MATTER is before the Court upon receipt of the Parties' Amended Certification of Initial Attorney Conference ("IAC") and Discovery Plan. (Doc. No. 24). The Court's initial Case Management Order contemplates the filing of amended pleadings, and the dates contained therein reflect such considerations. (Doc. No. 20). Accordingly, the Court will **not** be issuing an Amended Case Management Order premised on the filing of the Amended IAC. The Court's initial Case Management Order controls the scheduling of this matter.

IT IS SO ORDERED.

Signed: August 26, 2021

Frank D. Whitney
United States District Judge